**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**February 26, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

SNEIDER GONZALEZ-PERALTA,

    Defendant - Appellant.

No. 25-3014
(D.C. No. 6:24-CR-10020-EFM-1)
(D. Kan.)

_____

### ORDER AND JUDGMENT
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

Appellant's unopposed *Motion for Summary Disposition/Affirmance* is

GRANTED with the understanding that Appellant has preserved his Commerce-

Clause and Second Amendment claims for further review in the Supreme Court. The

judgment of the U.S. District Court for the District of Kansas is AFFIRMED. The

Clerk shall issue the mandate forthwith.


        Entered for the Court,


        Per Curiam